FD-597 (Rev 8-11-94)                                            Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __6/18/14_____

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) __Sheriff Louis McCarty_____
(Street Address) __521 Gibson Rd._____
(City) __Lexington, SC 29072_____
         Sheriff Metz's Office Complex Rm #2

Description of Item(s):
(1) Cassette Removed from recorder attached to telephone, clear Maxell C120 tape
(2) 6 cassettes found in large yellow envelope
(3) I.Phone in Black Otterbox cover
(4) Dell Laptop Computer and power cord Lexington County property # 38712
(5) Various loose paper documents
(6) Leather Briefcase with card attached with Sedgwick James - James R. Metts card. Briefcase has loose documents in it.
(7) Gunn Cook 79, LLC White Three Ring Binder containing information on properties being foreclosed on, and filled out quitclaim deeds
(8) Vanilla folder with 2012 Campaign notes
(9) Incident Report for Gregg Flynn
(10) Incident Report for Brinton Lee Motley
(11) Incident Report for Ronald Flynn

FD-597 (Rev 8-11-94)                                                                      Page _____ of _____

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __6/19/14__

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Sheriff Louis McCarty
(Street Address) 521 Gibson Road
(City) Lexington, S.C. 29072
Public Information Officer John M. Allard Room #3

Description of Item(s):
1) Dell Laptop Computer and power cord with Property of Lexington County tag # 38700
2) Dayminder 2012 Appointment book (black)
3) Dayminder 2013 Appointment book (black)
4) Dell Computer bag (black)
5) Memo dated September 11, 2012 titled Video Gaming, Sweepstakes and Related Enterprises
6) Beige file folder containing documents titled LCDC 287(g)