IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case Number: 3:14-429 |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES R. METTS, | ) | **MOTION FOR HEARING** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

  Comes now the defendant, by and through his undersigned counsel, and hereby requests that the court schedule a status hearing in this matter. The hearing will permit the court to address issues that have arisen since the court last held a hearing on December 2, 2014. Government counsel have advised the undersigned that they consent to the request made herein.

            Respectfully submitted,

            s/*Sherri A. Lydon*
            Sherri A. Lydon (#3034)
            Lydon Law Firm
            1529 Laurel Street
            Columbia, South Carolina 29201
            (803) 753-1592

            s/*Scott N. Schools*
            Scott N. Schools (Federal ID# 4985)
            Moore and Van Allen
            78 Wentworth Street
            Charleston, South Carolina 29401
            (843) 579-7031

            Attorneys for Defendant James R. Metts

December 12, 2014