IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America | Case No. 3:14-cr-429-TLW |
|---|---|
| v. | **Order** |
| James R. Metts | |

Counsel for Defendant, with the consent of the Government, requests a status hearing in this case. ECF No. 64. The Court has set a hearing for Wednesday, December 17, 2014 at 10:00 am. Counsel for the parties are directed to file all documents relevant to this hearing by 2:00 pm today, Tuesday, December 16, 2014.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

December 16, 2014
Columbia, South Carolina

1