IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| United States of America | Case No. 3:14-cr-429-TLW |
|---|---|
| v. | **Order** |
| James R. Metts | |

On December 18, 2014, the Government filed a motion for a ruling regarding any attorney-client privilege that may exist between Defendant and the former general counsel of the Lexington County Sheriff's Department, John Tate. ECF No. 70. Defendant is directed to file his response to the motion on or before Monday, December 29, 2014.

Additionally, the Government is directed to immediately serve the motion and this order on Mr. Tate or his counsel, and file proof of service with the Court. Any response from Mr. Tate or his counsel is also due on or before Monday, December 29, 2014.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

December 18, 2014
Columbia, South Carolina

1