IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                     CR NO. 3:14-429

**JAMES R. METTS**

# PLEA

The defendant, **JAMES R. METTS**, having withdrawn his plea of Not Guilty entered July 1, 2014, pleads **GUILTY** to Count **10** of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
December 30, 2014